_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

SEP 1 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    3:07-cr-00090-RCJ-RAM

                    Plaintiff,               **ORDER FOR TERMINATION OF**
                                             **SUPERVISED RELEASE**
vs.

DANIEL K. MAZZA,
aka DANIEL K. MAZA,

                    Defendant.

Based upon Defendant's Unopposed Motion for Early Termination of Supervised

Release and good cause appearing therefor,

        IT IS HEREBY ORDERED that Defendant, DANIEL K. MAZZA's, supervised

release is immediately terminated.

        DATED this _12_ day of _September_, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE